UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF MICHIGAN – DETROIT DIVISION

In Re: ) Case No.: 16-49805
)
David Scott Junak, ) CHAPTER 13
)
) **REQUEST FOR NOTICE**
)
Debtor. )

**REQUEST OF BSI FINANICAL SERVICES FOR SERVICE OF NOTICES PURSUANT TO FED. R. BANKR. P. 2002(g)**

TO: UNITED STATES BANKRUPTCY JUDGE, THE DEBTORS, AND ALL INTERESTED PARTIES

**PLEASE TAKE NOTICE** that BSI FINANCIAL SERVICES is an interested party in the above captioned bankruptcy case, hereby requests notice of all events, pleadings, or documents filed in the above-referenced bankruptcy, including all pleadings or notices under Federal Rules of Bankruptcy Procedure, Rule 2002 and 9007, the commencement of any adversary proceedings, the filing of any requests for hearing, objections, and/or notices of motion, or any other auxiliary filings, as well as notice of all matters which must be noticed to creditors, creditors' committees and parties-in-interest and other notices as required by the United States Bankruptcy Code and Rules and/or Local Rules of the above-referenced bankruptcy court.

BSI requests that for all notice purposes and for inclusion in the Master Mailing List in this case, the following address be used:

1

| | | |
|---|---|---|
| 1 | **PHYSICAL ADDRESS:** | **EMAIL ADDRESS:** |
| 2 | BSI Financial Services<br>1425 Greenway Drive, Ste 400 | prpbk@bsifinancial.com |
| 3 | Irving, TX 75038 | |

6  Dated: August 18, 2017      By: /s/ Karin Murphy
            Karin Murphy
            c/o BSI Financial Services
            Assistant Vice President, Foreclosure and
            Bankruptcy
            1425 Greenway Drive, Ste 400
            Irving, TX 75038
            972.347.4350
            prpbk@bsifinancial.com

|   |   |   |
|---|---|---|
| | UNITED STATES BANKRUPTCY COURT | |
| | EASTERN DISTRICT OF MICHIGAN – DETROIT DIVISION | |
| In Re: | ) | CASE NO.: 16-49805 |
| David Scott Junak, | ) | CHAPTER 13 |
| Debtor. | ) | **CERTIFICATE OF SERVICE** |

## CERTIFICATE OF SERVICE

I am employed in the County of Orange, State of California. I am over the age of eighteen and not a party to the within action. My business address is: 5120 E. La Palma Ave., Ste. 206, Anaheim, CA 92807.

I am readily familiar with the business's practice for collection and processing of correspondence for mailing with the United States Postal Service; such correspondence would be deposited with the United States Postal Service the same day of deposit in the ordinary course of business.

1

On August 18, 2017 I served the following documents described as:

- **REQUEST FOR NOTICE**

on the interested parties in this action by placing a true and correct copy thereof in a sealed envelope addressed as follows:

(Via United States Mail)

| **Debtor**<br>David Scott Junak<br>17534 Grettel<br>Fraser, MI 48026-1796<br><br>**Debtor's Counsel**<br>Richard Clark<br>30833 Northwestern Hwy.<br>Suite 224<br>Farmington Hills, MI 48334 | **Chapter 13 Trustee**<br>Tammy L. Terry<br>Buhl Building<br>535 Griswold, Suite 2100<br>Detroit, MI 48226 |
|---|---|

__xx___(By First Class Mail) At my business address, I placed such envelope for deposit with the United States Postal Service by placing them for collection and mailing on that date following ordinary business practices.

_____Via Electronic Mail pursuant to the requirements of the Local Bankruptcy Rules of the Eastern District of California

__xx__(Federal) I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on August 18, 2017 at Anaheim, California

/s / *Cynthia Fearn*
Cynthia Fearn