**Fill in this information to identify the case:**

Debtor 1      David Scott Junak
_____

Debtor 2      _____
(Spouse, if filing)

United States Bankruptcy Court for the: _____Eastern_____ District of _Michigan_
                                                                              (State)

Case number      _____16-49805-tjt_____

Form 4100R

# Response to Notice of Final Cure Payment                    10/15

**According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.**

| Part 1: | Mortgage Information |
|---|---|

**Name of creditor:** US Bank Trust N.A., As Trustee of Bungalow Series F Trust

**Court claim no.** (if known): 3

**Last 4 digits** of any number you use to identify the debtor's account: 0 2 4 5

**Property address:** 17534 Grettel
                                    Number        Street

_____

Fraser                          MI          48026
City                              State        ZIP Code

| Part 2: | Prepetition Default Payments |
|---|---|

*Check one:*

☒ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:               $ _____

| Part 3: | Postpetition Mortgage Payment |
|---|---|

*Check one:*

☒ Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on:    7 / 01 / 2020
                                                                                        MM / DD / YYYY

☐ Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

a.  Total postpetition ongoing payments due:                                           (a)  $ _____

b.  Total fees, charges, expenses, escrow, and costs outstanding:      +  (b)  $ _____

c.  **Total**. Add lines a and b.                                                                   (c)  $ _____

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on:          ___ / ___ / ___
                                                                                                                      MM / DD / YYYY

| Part 4: | Itemized Payment History |
|---|---|

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- all payments received;
- all fees, costs, escrow, and expenses assessed to the mortgage; and
- all amounts the creditor contends remain unpaid.

| Part 5: | Sign Here |
|---|---|

**The person completing this response must sign it.  The response must be filed as a supplement to the creditor's proof of claim.**

*Check the appropriate box::*

☐ I am the creditor.
☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

✘ /s/ Panayiotis D. Marselis                          Date  06 / 4 / 2020
   Signature

Print   Panayiotis D. Marselis (P66572)                Title  Attorney for Creditor
        First Name    Middle Name    Last Name

Company   Fabrizio & Brook, P.C.

If different from the notice address listed on the proof of claim to which this response applies:

Address   3290 W Big Beaver, Suite 117
          Number         Street

          Troy                          MI        48084
          City                          State     ZIP Code

Contact phone  ( 248 ) 362 _ 2600           Email  bankruptcy@fabriziobrook.com

16-49805-tjt   Doc 57   Filed 06/04/20   Entered 06/04/20 11:26:30   Page 2 of 2